SALOMON, Respondent, *v.* MANHATTAN RY. CO. *et al.*, Appellants.

*(Superior Court of New York City, General Term.  March 2, 1891.)*

Appeal from equity term.

Action by Abraham Salomon against the Manhattan Railway Company and another.  From a judgment for plaintiff, defendants appeal.

Argued before TRUAX and DUGRO, JJ.
*Davies & Rapallo*, for appellants.   *Leo C. Dessar*, for respondent.

PER CURIAM.   Judgment appealed from affirmed, with costs.